257 So.2d 148

**John G. DISCON et al.**
**v.**
**SARAY, INC., et al.**
No. 52068.
Feb. 8, 1972.

In re: John G. Discon et al., applying for certiorari or writ of review, to the Court of Appeal, First Circuit, Parish of St. Tammany. 255 So.2d 489.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

257 So.2d 148

**STATE of Louisiana ex rel.**
**George R. TERRELL**
**v.**
**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**
No. 52145.
Feb. 8, 1972.

In re: George R. Terrell applying for writ of habeas corpus.

Writ granted. Evidentiary hearing ordered. (See order).

HAMLIN and SUMMERS, JJ., are of the opinion that this record supports a find-

ing that a plea bargain is involved here and, therefore, Boykin v. Alabama, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274 is inapplicable.

On considering the petition of the Relator in the above entitled and numbered cause,

It is ordered that the Honorables, the Judges of the Fifth Judicial District Court, Parish of West Carroll, grant an evidentiary hearing on relator's petition for a writ of habeas corpus filed in that Court and in this Court, without undue delay.